UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Karen A. Vedad                                                                CHAPTER 11

## LIST OF ALL CREDITORS

| **Name & Address of Creditor** | **Amount of Claim** |
|---|---|
| River Terrace Apartments, LLC<br>c/o Mendelson Law Group<br>20058 Ventura Blvd., Suite 54<br>Woodland Hills, CA 91364 | $40,260.60 |
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | $24,057.56 |
| Department of the Treasury<br>Internal Revenue Service<br>110 West 44th Street<br>New York, NY 10036 | $30,956.89 |
| Discover Financial Services<br>P.O. Box 30943<br>Salt Lake City, UT 84130-0943 | $14,900.00 |
| Discover Financial Services<br>P.O. Box 30943<br>Salt Lake City, UT 84130-0943 | $8,000.00 |
| Cal-West Home Loans, Inc.<br>P.O. Box 355<br>569 Laurel Street<br>San Carlos, CA 94070 | $229,840.22 |
| NYS Department of Tax & Finance<br>OPTS-Individual Tax Returns Processing<br>W A Harriman Campus<br>Albany, NY 12227 | $889,218.24 |

| | |
|---|---|
| NYS Department of Tax & Finance<br>OPTS-Individual Tax Returns Processing<br>W A Harriman Campus<br>Albany, NY 12227 | $889,218.24 |
| Hopkins & Carley<br>The Letitia Building<br>70 South First Street<br>San Jose, CA 95113 | $32,000.00 |
| Wachovia/Wells Fargo Home Mortgage<br>P.O. Box 659558<br>San Antonio, TX 78265-9558 | Approx. $1,500,000.00 |

I, Karen A. Vedad, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: New York, New York
June 11, 2013

By: /s/ Karen A. Vedad

Karen A. Vedad