UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>KAREN VEDAD<br><br>      Debtor(s). | Chapter 11<br><br>Case No. 13-12297 SMB<br><br>**NOTICE OF APPEARANCE AND**<br>**REQUEST FOR SERVICE OF PAPERS** |
|---|---|

     PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

WELLS FARGO BANK, N.A.

This party is a party in interest in this case and is a secured creditor of the Debtor(s):

KAREN VEDAD

     Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: August 13, 2014

                                  FEIN, SUCH & CRANE, LLP
                                  Attorneys for Applicant

           By:    /s/ MARK K. BROYLES, ESQ.
                    MARK K. BROYLES, ESQ.
                    (MB-5007)
                    28 EAST MAIN STREET, SUITE 1800
                    ROCHESTER, NY 14614
                    585/232-7400