UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                              :
                                                    :     Chapter 11
    KAREN VEDAD,                              :     Case No. 13-12297 (SMB)
                                                    :
                 Debtor.              :
------------------------------------------------------X

## ORDER DIRECTING DEBTOR TO FILE A PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

       The matter having come before the Court for a case conference on September 16, 2014, it is hereby

       ORDERED, that the Debtor shall file a plan of reorganization and disclosure statement by December 12, 2014, and a case conference shall be held on December 18, 2014, at 10:00 a.m.

Dated: New York, New York
       September 16, 2014

                                            /s/ *Stuart M. Bernstein*
                                             STUART M. BERNSTEIN
                                          United States Bankruptcy Judge

TO:

Randy M. Kornfeld, Esq.
Kornfeld & Associates, P.C.
570 Lexington Avenue, 17th Floor
New York, NY 10022

United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014